**Order filed December 17, 2019**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00885-CV

————————

### LESLIE  TAYLOR, Appellant

### V.

### AL DAVIDSON, AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS AND DIANN SCURLARK, Appellees

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2019-11524

## O R D E R

The clerk's record was filed November 20, 2019. Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain the "Order Granting Defendants' Motion to Dismiss under the Texas Citizens Participations Act" signed July 1, 2019 and the

"Order Granting Attorney's Fees, Court Costs and Sanctions" signed July 18, 2019.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **January 16, 2020** containing the "Order Granting Defendants' Motion to Dismiss under the Texas Citizens Participations Act" signed July 1, 2019 and the "Order Granting Attorney's Fees, Court Costs and Sanctions" signed July 18, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.